**No. 46125.**—Protests 23464–K, etc., of Bullocks, Inc., et al. (Los Angeles, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 26, 1941

**No. 46126.**—Protests 33591–K, etc., of Herbert Schatzki et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46127.**—Protests 13343–K, etc., of Joseph Berliner & Co. et al. (Philadelphia, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46128.**—Protests 687340–G, etc., of Thos. A. Gaynor Co. et al. (Seattle, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46129.**—Protests 969714–G, etc., of American Import Co. et al. (Baltimore, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46130.**—Protests 991449–G, etc., of New York Mdse. Co., Inc., et al. (Los Angeles, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 30, 1941

**No. 46131.**—Protests 604207–G, etc., of Bill & Caldwell, Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is finished hats in chief value of wool, made from bodies or shapes constructed in the same way as those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.